# EXHIBIT B

**Document not attached to original filing of Complaint. To be addressed in future discussion between counsel.**